Nash, C. J.
 

 The action is ih trespass
 
 quare clausum fregit.
 
 The jury returned a verdict against the defendant for ninety dollars, with interest on that sum from the date of the writ, for which judgment was rendered. A motion is made in arrest of judgment by the defendants, and the plaintiff moves for permission to amend the record by entering a
 
 remittitur
 
 for the interest. The judgment is unquestionably erroneous, and would be arrested, but for the counter motion by the plaintiff. That this Court can allow the judgment to be amended by permitting the
 
 remittitwr,
 
 is fully established by the case of
 
 Williamson
 
 v.
 
 Cannady,
 
 3 Ire. Rep. 349, in which the reasons for such a course of procedure are set forth at large, and we deem it unnecessary to repeat them.
 

 The plaintiff has leave to enter a
 
 remittitvrr
 
 upon the payment of the costs of this Court, The judgment is affirmed.
 

 Per Curiam. * Judgment affirmed.